NVB 5075–5 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ISLET SCIENCES, INC.<br>    fdba ONE E–COMMERCE CORPORATION<br>    fdba ARIANNE CO<br><br>                   Debtor(s) | BK–19–13366–mkn<br>CHAPTER 11<br><br><br>ORDER ENTERING<br>FINAL DECREE |

It appearing that this Court's continuing jurisdiction is no longer necessary and that the case has been fully administered,

**IT IS ORDERED** that a Final Decree is entered closing this case without prejudice to the reopening of this case for further administration.

Dated: 9/28/23

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court